This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38508

LILLA SANDELIN, as Trustee of
the LILLA SANDELIN TRUST;
DANIEL BAILET and REBECCA
BAILET, his wife; STEVEN TRUEMPER
and CYNTHIA JO TRUEMPER, his
wife; FEROL BECKNER, as Trustee
of the BECKNER FAMILY TRUST;
AARON RATLIFF; SHARA BANE and
CARMEN WILSON,

     Plaintiffs-Appellees,

v.

GENEVA LANGWORTHY,

     Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF COLFAX COUNTY
Emilio J. Chavez, District Judge

Gary Alsup
Clayton, NM

for Appellees

Geneva Langworthy
Clear Lake, WA

Pro Se Appellant

### MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}**    Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}    IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**JULIE J. VARGAS, Judge**

**BRIANA H. ZAMORA, Judge**